ALBERT CLARK SQUIER, Appellant, v. JAMES KEARNEY et al., Respondents.

(Argued March 11, 1890 ; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 19, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Alex. Thain* for appellant.

*Roscoe H. Channing* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

EUGENIA GEHRKE, an Infant, etc., Respondent, *v.* MARY HAYES, Impleaded, etc., Appellant.

(Argued March 12, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November 28, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a · new trial.

*S. T. Maddox* for appellant.

*Getting* and *Hinman* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____ _____